UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE SUSPENSION OF      MISCELLANEOUS

JASON F. GILES      No. 24-173

Louisiana Bar Roll No. 29211

### ORDER OF SUSPENSION

The Court having been notified that JASON F. GILES was SUSPENDED by the Supreme Court of Louisiana effective December 14, 2024, and membership in good standing before the Bar of the Supreme Court of Louisiana being required by Local Rule 83(b)(2) as a prerequisite to practice before this Court:

IT IS ORDERED AND ADJUDGED that JASON F. GILES, Louisiana Bar Roll No. 29211 be, and is hereby SUSPENDED, effective December 30, 2024, from practice of law before this Court, unless he shows good cause within thirty (30) days from the date of this order why he should not be SUSPENDED. The SUSPENSION hereby ordered shall continue in effect until further order of this Court.

Baton Rouge, Louisiana, this __2nd__ day of __January__, 202_5_.

*Shelly D. Dick*
**SHELLY D. DICK, CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**